*Certified Copy*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES JAMAL JACKSON )
    Petitioner, )
  )
vs. ) C.A. No. 05-91 ERIE
  )
WARDEN BROOKS )
    Respondent. )

## ORDER

AND NOW, this 5th day of April, 2005,

IT IS HEREBY ORDERED that the Petitioner's Motion to Proceed In Forma Pauperis is granted, and that the Clerk is directed to file the Petition for Habeas Corpus.

IT IS FURTHER ORDERED that the United States Marshal shall make service of this order, together with a copy of the petition, upon the Respondent, the District Attorney of Erie County, and the Attorney General of the Commonwealth of Pennsylvania. Costs to be advanced by the United States of America.

IT IS FURTHER ORDERED that within twenty days of service of this order, the respondent, and the District Attorney of Erie County, Pennsylvania shall respond to the allegations of the petition for writ of habeas corpus. The District Attorney shall address all of the following: 1) the statute of limitations, 28 U.S.C. § 2254(d)(1)-(2); 2) the exhaustion of state court remedies as required by 28 U.S.C. §§ 2254(b) and Picard v. Connor, 404 U.S. 270 (1971); Rose v. Lundy, 455 U.S. 509 (1982); United States ex. rel. Trantino v. Hatrack, 563 F.2d 86 (3d Cir. 1977); Zicarelli v. Gray, 543 F.2d 466 (3d Cir. 1976), with respect to each claim raised by